U. S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 16 2000

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

      v.

PEDRO GONZALEZ,
EULER DeJESUS SOTO-GALLO,
GABRIEL LNU,
PATRICIA BECERRA-PINZON,
MARGARITA HERRERA-OSPINA,
SANDRA E. GALLON-CARDONA,
ANASTASIO CIRINO SOSA-GUZMAN,
CESAR AUGUSTO GUZMAN-RAMIREZ,
HILDA MERCEDES CALLE-VERGARA,
OCTAVIO DeJESUS VILLA-CASTANO,
SANDY YURLEY RODRIGUEZ-CORTEZ,
LAUREANO HERNAN LASSO-GARCIA,
BLANCA ALICIA PINTO-OSORIO,
ALFREDO ALBENIS GOMEZ-PINTO,
    a/k/a Javier,
INES CECILIA GUZMAN-RAMIREZ,
JOSE ANTONIO ESPEJO-LARA,
JUAN C. ALVA-FLORES,
GLORIA NELLY ESCOBAR-RIOS,
LUIS NORBERTO GOMEZ-RAMIREZ,
ROBERTO GOMEZ-PIEDRAHITA,
NAYID ENSUENO SOTO-GALLO,
SERGIO ALBERTO GALLEGO-VASQUEZ
WILFRIDO WALTER VALENCIA-VELEZ,
ASCENSION GOMEZ-deAMAYA,
JOHN JAIRO CEBALLOS-MEJIA,
MIGUEL PABLO MILLAN-CASTILLO,
PABLO DEAN VILLA,
BEATRIZ RIAL-IGLESIAS,
LUIS SAMPEDRO-MARTINEZ,
DIANA M. LIJO-GARCIA,

:    **I N D I C T M E N T**

: Crim. No. 00-CR-304
               DM

: VIO: 8 USC §§ 1324; 1325; 1326;
:      18 USC §§ 201(b)(1)(A); 371;
:      21 USC §§ 841(a)(1); 846

    FORFEITURE ALLEGATIONS

    [ 34 Counts]

MEE JIN-KIM,  :
JUAN RODRIGUEZ-FERNANDEZ,  :
JOSE SANDE GONZALEZ,  :
AIDA AZUCENA NINO-TELLEZ,  :
IVANIA MARIA COUTO,  :
ARACELIS MUNOZ-SALDANA,  :
LUIS FERNANDO YEPES-QUINTERO,  :
  a/k/a Joaquin Emilio Munoz-Munoz, and  :
OSCAR MAURICIO RAMIREZ-JARAMILLO :
  a/k/a Daniel Gonzalez-Sierra,  :
                                   :
                   Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT
## TO DISTRIBUTE A CONTROLLED SUBSTANCE

### COUNT 1

THE GRAND JURY CHARGES:

That beginning in or about June 24, 1999, and continuing thereafter up to and including

on or about the date of this indictment, at or near a location in the State and Northern District of

New York, and elsewhere,

### PEDRO GONZALEZ
### EULER DeJESUS SOTO-GALLO,
### CESAR AUGUSTO GUZMAN-RAMIREZ, and
### GABRIEL LNU

the defendants herein, and others, did knowingly and intentionally combine, conspire,

confederate, and agree to distribute and to possess with intent to distribute cocaine, a Schedule II

controlled substance, and heroin, a Schedule I controlled substance, in violation of Title 21,

United States Code, Section 841(a)(1).

The amount of cocaine involved in the conspiracy exceeded five (5) kilograms.

The amount of heroin involved in the conspiracy exceeded one (1) kilogram.

2

In violation of Title 21, United States Code, Section 846.

## POSSESSION WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF CONTROLLED SUBSTANCES

### COUNTS 2 - 7

THE GRAND JURY FURTHER CHARGES:

That on or about the dates set forth below, at or near the locations set forth below, in the State and Northern District of New York, the defendants named below did knowingly and intentionally possess with intent to distribute and distribute cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, each instance listed below constituting a separate Count of this Indictment.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT 2

DEFENDANT(S)   : **PEDRO GONZALEZ and CESAR AUGUSTO GUZMAN-RAMIREZ**

DATE   : August 11, 1999

LOCATION   : Fox Run Restaurant / Best Western, New Baltimore, NY

CONTROLLED SUBSTANCE   : Approximately 125 grams of cocaine.

### COUNT 3

DEFENDANT(S)   : **PEDRO GONZALEZ**

DATE   : August 16, 1999

LOCATION   : Fox Run Restaurant / Best Western, New Baltimore, NY

| CONTROLLED SUBSTANCE | : Approximately 99 grams of heroin. |

## COUNT 4

| DEFENDANT(S) | : **PEDRO GONZALEZ** and **CESAR AUGUSTO GUZMAN-RAMIREZ** |
| DATE | : October 6, 1999 |
| LOCATION | : Fox Run Restaurant / Best Western, New Baltimore, NY |
| CONTROLLED SUBSTANCE | : Approximately 250 grams of heroin. |

## COUNT 5

| DEFENDANT(S) | : **PEDRO GONZALEZ, EULER DeJESUS SOTO-GALLO** |
| DATE | : October 15, 1999 |
| LOCATION | : Fox Run Restaurant / Best Western, New Baltimore, NY |
| CONTROLLED SUBSTANCE | : Approximately 544 grams of heroin. |

## COUNT 6

| DEFENDANT(S) | : **PEDRO GONZALEZ** |
| DATE | : February 14, 2000 |
| LOCATION | : Kingston Family Restaurant, Ulster, NY |
| CONTROLLED SUBSTANCE | : Approximately 445 grams of heroin. |

## COUNT 7

DEFENDANT(S)      : **PEDRO GONZALEZ**

DATE      : March 22, 2000

LOCATION      : Fox Run Restaurant / Best Western, New Baltimore, NY

CONTROLLED
  SUBSTANCE      : Approximately one (1) kilogram of heroin

## COUNT 8

THE GRAND JURY FURTHER CHARGES:

That from on or about June 24, 1999, up to and including the date of the filing of this

Indictment, in Counties of Greene, Otsego, Ulster and Broome, all within the State and Northern

District of New York, and elsewhere,

**PEDRO GONZALEZ,
EULER DeJESUS SOTO-GALLO,
GABRIEL LNU,
PATRICIA BECERRA-PINZON,
MARGARITA HERRERA-OSPINA,
SANDRA E. GALLON-CARDONA,
ANASTASIO CIRINO SOSA-GUZMAN,
CESAR AUGUSTO GUZMAN-RAMIREZ,
HILDA MERCEDES CALLE-VERGARA
OCTAVIO DeJESUS VILLA-CASTANO,
SANDY YURLEY RODRIGUEZ-CORTEZ,
LAUREANO HERNAN LASSO-GARCIA,
BLANCA ALICIA PINTO-OSORIO,
ALFREDO ALBENIS GOMEZ-PINTO,
a/k/a Javier,
INES CECILIA GUZMAN-RAMIREZ,
JOSE ANTONIO ESPEJO-LARA,
JUAN C. ALVA-FLORES,
GLORIA NELLY ESCOBAR-RIOS,
LUIS NORBERTO GOMEZ-RAMIREZ,
ROBERTO GOMEZ-PIEDRAHITA,**

NAYID ENSUENO SOTO-GALLO,
SERGIO ALBERTO GALLEGO-VASQUEZ
WILFRIDO WALTER VALENCIA-VELEZ,
ASCENSION GOMEZ-deAMAYA,
JOHN JAIRO CEBALLOS-MEJIA,
MIGUEL PABLO MILLAN-CASTILLO,
PABLO DEAN VILLA,
BEATRIZ RIAL-IGLESIAS,
LUIS SAMPEDRO-MARTINEZ,
DIANA M. LIJO-GARCIA,
MEE JIN-KIM,
JUAN RODRIGUEZ-FERNANDEZ,
JOSE SANDE GONZALEZ,
AIDA AZUCENA NINO-TELLEZ,
IVANIA MARIA COUTO,
ARACELIS MUNOZ-SALDANA,
LUIS FERNANDO YEPES-QUINTERO,
a/k/a Joaquin Emilio Munoz-Munoz,
OSCAR MAURICIO RAMIREZ-JARAMILLO

and others, did knowingly and intentionally combine, conspire, confederate, and agree to directly
and indirectly corruptly give, offer and promise things of value to an employee of the United
States Department of Justice, Immigration and Naturalization Service (INS), a public official,
with the intent to influence an official act, that is the classification of an alien by the INS as a
Permanent Resident Alien when that alien was not entitled to such status.

In violation of Title 18, United States Code, Section 201(b)(1)(A)


## OVERT ACTS

In furtherance of such agreement, combination and conspiracy, and to effect the objects
thereof, the defendants, and their co-conspirators, committed the following overt acts, among
others, in the Northern District of New York, and elsewhere, by promising or paying a thing of

6

value to an INS official in exchange for processing by the INS for INS Form I-551's or "Green Cards":

### Overt Act

| | |
|---|---|
| DEFENDANT(S) | : **PEDRO GONZALEZ,**<br>**PATRICIA BECERRA-PINZON,** (processed)<br>**MARGARITA HERRERA-OSPINA** (processed) |
| DATE | : June 24, 1999 |
| LOCATION | : Neptune Diner / Super 8 Motel, Oneonta, NY |
| THING OF VALUE | : Drugs promised |

### Overt Act

| | |
|---|---|
| DEFENDANT(S) | : **PEDRO GONZALEZ,**<br>**SANDRA E. GALLON-CARDONA** (processed)<br>**ANASTASIO CIRINO SOSA-GUZMAN** (processed) |
| DATE | : July 15, 1999 |
| LOCATION | : Fox Run Restaurant / Best Western, New Baltimore, NY |
| THING OF VALUE | : Drugs promised |

### Overt Act

| | |
|---|---|
| DEFENDANT(S) | : **PEDRO GONZALEZ,**<br>**HILDA MERCEDES CALLE-VERGARA,** (processed)<br>**CESAR AUGUSTO GUZMAN-RAMIREZ,** (processed)<br>**OCTAVIO DeJESUS VILLA-CASTANO,** (processed)<br>**SANDY YURLEY RODRIGUEZ-CORTEZ,** (processed)<br>**LAUREANO HERNAN LASSO-GARCIA** (processed) |
| DATE | : August 11, 1999 |
| LOCATION | : Fox Run Restaurant / Best Western, New Baltimore, NY |
| THING OF VALUE | : Approximately 125 grams of cocaine |

**Overt Act**

DEFENDANT(S)          : **PEDRO GONZALEZ,**
                        **BLANCA ALICIA PINTO-OSORIO,** (processed)
                        **ALFREDO ALENIS GOMEZ-PINTO,** (processed)
                        **EULER DeJESUS SOTO-GALLO** (processed)
                        **PATRICIA BECERRA-PINZON** (issued I-551)
                        **MARGARITA HERRERA-OSPINA** (issued I-551)

DATE                  : August 16, 1999

LOCATION              : Fox Run Restaurant / Best Western, New Baltimore, NY

THING OF VALUE        : Approximately 99 grams of heroin delivered.

**Overt Act**

DEFENDANT(S)          : **PEDRO GONZALEZ,**
                        **BLANCA ALICIA PINTO-OSORIO,** (issued I-551)
                        **EULER DeJESUS SOTO-GALLO** (issued I-551)
                            **a/k/a Fantasma**
                        **CESAR AUGUSTO GUZMAN-RAMIREZ** (issued I-551)
                        **OCTAVIO DeJESUS VILLA-CASTANO** (issued I-551)

DATE                  : October 6, 1999

LOCATION              : Fox Run Restaurant / Best Western, New Baltimore, NY

THING OF VALUE        : Approximately 250 grams of heroin delivered.

**Overt Act**

DEFENDANT(S)          : **PEDRO GONZALEZ,**
                        **INES CECILIA GUZMAN-RAMIREZ,** (processed)
                        **JOSE A. ESPEJO-LARA,** (processed)
                        **JUAN CARLOS ALVA-FLORES** (processed) and
                        **GLORIA NELLY ESCOBAR-RIOS** (processed)

DATE                  : October 8, 1999

LOCATION              : Fox Run Restaurant / Best Western, New Baltimore, NY

8

| | |
|---|---|
| THING OF VALUE | : Heroin promised |

## Overt Act

| | |
|---|---|
| DEFENDANT(S) | : **PEDRO GONZALEZ,**<br>**ALFREDO ALBENIS GOMEZ-PINTO**<br>    **a/k/a Javier** (issued I-551)<br>**SANDRA GALLON-CARDONA** (issued I-551) |
| DATE | : October 15, 1999 |
| LOCATION | : Fox Run Restaurant / Best Western, New Baltimore, NY |
| THING OF VALUE | : Approximately 544 grams of Heroin and .24 grams of marijuana delivered. |

## Overt Act

| | |
|---|---|
| DEFENDANT(S) | : **PEDRO GONZALEZ,**<br>**LUIS NORBERTO GOMEZ-RAMIREZ,** (processed)<br>**ROBERTO GOMEZ-PIEDRAHITA** (processed) and<br>**NAYID ENSUENO SOTO-GALLO** (processed) |
| DATE | : October 27, 1999 |
| LOCATION | : Christie's Grille / Best Western, Johnson City, NY |
| THING OF VALUE | : Heroin promised. |

## Overt Act

| | |
|---|---|
| DEFENDANT(S) | : **PEDRO GONZALEZ,**<br>**SERGIO ALBERTO GALLEGO-VASQUEZ** (processed)<br>**WILFRIDO WALTER VALENCIA-VELEZ** (processed)<br>**ANASTASIO CIRINO SOSA-GUZMAN** (issued I-551) |
| DATE | : December 14, 1999 |
| LOCATION | : Ruby Tuesday Restaurant / Best Western, Johnson City, NY |

THING OF VALUE            : Heroin promised.


### Overt Act

DEFENDANT(S)            : **PEDRO GONZALEZ**

DATE                    : February 14, 2000

LOCATION                : Kingston Family Restaurant / Best Western, Ulster, NY

THING OF VALUE          : Approximately 445 grams of Heroin delivered.

### Overt Act

DEFENDANT(S)            : **PEDRO GONZALEZ**
                          **ASCENSION GOMEZ-deAMAYA,** (processed)
                          **JOHN JAIRO CEBELLOS-MEJIA,** (processed)
                          **MIGUEL PABLO MILLAN-CASTILLO** (processed)
                          **PABLO DEAN VILLA** (processed) and
                          **GLORIA NELLY ESCOBAR-RIOS** (issued I-551; card
                             contained error; defendant did not accept until rectified)

DATE                    : February 25, 2000

LOCATION                : Sharon's Place / Best Western, New Baltimore, NY

THING OF VALUE          : Heroin promised

### Overt Act

DEFENDANT(S)            : **PEDRO GONZALEZ,**
                          **BEATRIZ RIAL-IGLESIAS,** (processed)
                          **LUIS SAMPEDRO-MARTINEZ,** (processed)
                          **DIANA M. LIJO-GARCIA,** (processed)
                          **MEE JIN KIM,** (processed)
                          **JUAN RODRIGUEZ-FERNANDEZ,** (processed) and
                          **JOSE SANDE GONZALEZ,** (processed)

DATE                    : March 22, 2000

LOCATION                : Fox Run Restaurant / Best Western, New Baltimore, NY

10

| | |
|---|---|
| THING OF VALUE | : Approximately one (1) kilogram of heroin delivered. |

## Overt Act

| | |
|---|---|
| DEFENDANT(S) | : **PEDRO GONZALEZ**<br>**JUAN C. ALVA-FLORES** (issued I-551) and<br>**WILFRIDO WALTER VALENCIA-VELEZ** (issued I-551) |
| DATE | : April 7, 2000 |
| LOCATION | : Sharon's Place Restaurant / Best Western, New Baltimore, NY |
| THING OF VALUE | : Heroin delivered on March 22, 2000. |

## Overt Act

| | |
|---|---|
| DEFENDANT(S) | : **PEDRO GONZALEZ,**<br>**AIDA AZUCENA NINO-TELLEZ,** (processed),<br>**IVANIA MARIA COUTO** (processed),<br>**ARACELIS MUNOZ-SALDANA,** (processed)<br>**LUIS FERNANDO-YEPES-QUINTERO** (processed)<br>a/k/a Joaquin Emilio Munoz-Munoz<br>**OSCAR MAURICIO RAMIREZ-JARAMILLO** (processed)<br>a/k/a Daniel Alberto Gonzalez-Sierra |
| DATE | : May 19, 2000 |
| LOCATION | : Fox Run Restaurant / Best Western, New Baltimore, NY |
| THING OF VALUE | : Heroin promised |

All in violation of Title 18, United States Code, Section 371.

## BRIBERY

### COUNTS 9 - 18

THE GRAND JURY FURTHER CHARGES:

11

That on or about the dates set forth below, at or near the locations set forth below, in the state and Northern District of New York, the defendants listed below, directly and indirectly did corruptly give, offer and promise a thing of value as set forth below, to an employee of the United States Department of Justice, Immigration and Naturalization Service (INS), a public official, with the intent to influence an official act, that is the classification of an alien by the INS as a Permanent Resident Alien, when that alien was not entitled to such status. Each instance listed constituting a separate Count.

All in violation of Title 18, United States Code, Section 201(b)(1)(A) and Section 2.

## COUNT 9

| | |
|---|---|
| DEFENDANT(S) | : **PEDRO GONZALEZ,** **PATRICIA  BECERRA-PINZON,** (processed) **MARGARITA HERRERA-OSPINA** (processed) |
| DATE | : June 24, 1999 |
| LOCATION | : Neptune Diner / Super 8 Motel, Oneonta, NY |
| THING OF VALUE | : Drugs promised |

## COUNT 10

| | |
|---|---|
| DEFENDANT(S) | : **PEDRO GONZALEZ,** **SANDRA E. GALLON-CARDONA** (processed) **ANASTASIO CIRINO SOSA-GUZMAN** (processed) |
| DATE | : July 15, 1999 |
| LOCATION | : Fox Run Restaurant / Best Western, New Baltimore, NY |
| THING OF VALUE | : Drugs promised |

12

## COUNT 11

DEFENDANT(S) : **PEDRO GONZALEZ,**
**HILDA MERCEDES CALLE-VERGARA,** (processed)
**CESAR AUGUSTO GUZMAN-RAMIREZ,** (processed)
**OCTAVIO DeJESUS VILLA-CASTANO,** (processed)
**SANDY YURLEY RODRIGUEZ-CORTEZ,** (processed)
**LAUREANO HERNAN LASSO-GARCIA** (processed)

DATE : August 11, 1999

LOCATION : Fox Run Restaurant / Best Western, New Baltimore, NY

THING OF VALUE : Approximately 125 grams of cocaine

## COUNT 12

DEFENDANT(S) : **PEDRO GONZALEZ,**
**BLANCA ALICIA PINTO-OSORIO,** (processed)
**ALFREDO ALENBIS GOMEZ-PINTO,** (processed)
**EULER DeJESUS SOTO-GALLO** (processed)

DATE : August 16, 1999

LOCATION : Fox Run Restaurant / Best Western, New Baltimore, NY

THING OF VALUE : Approximately 99 grams of heroin delivered.

## COUNT 13

DEFENDANT(S) : **PEDRO GONZALEZ,**
**INES CECILIA GUZMAN-RAMIREZ,** (processed)
**JOSE A. ESPEJO-LARA,** (processed)
**JUAN CARLOS ALVA-FLORES** (processed) and
**GLORIA NELLY ESCOBAR-RIOS** (processed)

DATE : October 8, 1999

LOCATION : Fox Run Restaurant / Best Western, New Baltimore, NY

THING OF VALUE : Heroin promised

## COUNT 14

| | | |
|---|---|---|
| DEFENDANT(S) | : | **PEDRO GONZALEZ,**<br>**LUIS NORBERTO GOMEZ-RAMIREZ,** (processed)<br>**ROBERTO GOMEZ-PIEDRAHITA** (processed) and<br>**NAYID ENSUENO SOTO-GALLO** (processed) |
| DATE | : | October 27, 1999 |
| LOCATION | : | Christie's Grille / Best Western, Johnson City, NY |
| THING OF VALUE | : | Heroin promised. |

## COUNT 15

| | | |
|---|---|---|
| DEFENDANT(S) | : | **PEDRO GONZALEZ,**<br>**SERGIO ALBERTO GALLEGO-VASQUEZ** (processed)<br>**WILFRIDO WALTER VALENCIA-VELEZ** (processed) |
| DATE | : | December 14, 1999 |
| LOCATION | : | Ruby Tuesday Restaurant / Best Western, Johnson City, NY |
| THING OF VALUE | : | Heroin promised. |

## COUNT 16

| | | |
|---|---|---|
| DEFENDANT(S) | : | **PEDRO GONZALEZ**<br>**ASCENSION GOMEZ-deAMAYA,** (processed)<br>**JOHN JAIRO CEBELLOS-MEJIA,** (processed)<br>**MIGUEL PABLO MILLAN-CASTILLO** (processed) and<br>**PABLO DEAN VILLA** (processed) |
| DATE | : | February 25, 2000 |
| LOCATION | : | Sharon's Place / Best Western, New Baltimore, NY |
| THING OF VALUE | : | Heroin promised |

## COUNT 17

DEFENDANT(S)            : **PEDRO GONZALEZ,**
                          **BEATRIZ RIAL-IGLESIAS,** (processed)
                          **LUIS SAMPEDRO-MARTINEZ,** (processed)
                          **DIANA M. LIJO-GARCIA,** (processed)
                          **MEE JIN KIM,** (processed)
                          **JUAN RODRIGUEZ-FERNANDEZ,** (processed) and
                          **JOSE SANDE GONZALEZ,** (processed)

DATE                    : March 22, 2000

LOCATION                : Fox Run Restaurant / Best Western, New Baltimore, NY

THING OF VALUE          : Approximately one (1) kilogram of heroin delivered.

## COUNT 18

DEFENDANT(S)            : **PEDRO GONZALEZ,**
                          **AIDA AZUCENA NINO-TELLEZ,** (processed),
                          **IVANIA MARIA COUTO** (processed),
                          **ARACELIS MUNOZ-SALDANA,** (processed)
                          **LUIS FERNANDO-YEPES-QUINTERO** (processed)
                              **a/k/a Joaquin Emilio Munoz-Munoz**
                          **OSCAR MAURICIO RAMIREZ-JARAMILLO** (processed)
                              **a/k/a Daniel Alberto Gonzalez-Sierra**

DATE                    : May 19, 2000

LOCATION                : Fox Run Restaurant / Best Western, New Baltimore, NY

THING OF VALUE          : Heroin delivered on March 22, 2000 and future heroin promised.

## ESTABLISHING A COMMERCIAL ENTERPRISE FOR PURPOSE OF EVADING PROVISIONS OF IMMIGRATION LAWS

## COUNT 19

THE GRAND JURY FURTHER CHARGES:

That beginning on or about June 24, 1999, and continuing to the present date, in the State

and Northern District of New York, **PEDRO GONZALEZ,** the defendant herein, knowingly and intentionally established a commercial enterprise for the purpose of evading the provisions of the immigration laws relating to the classification of aliens as resident aliens.

In violation of Title 8, United States Code, Section 1325(d).

## TRANSPORTATION OF ILLEGAL ALIEN

### COUNTS 20 - 32

THE GRAND JURY FURTHER CHARGES:

That on or about the dates set forth below, at or near the following locations in the State and Northern District of New York, the defendant herein, listed below, knowing that aliens, namely the aliens listed below, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States by means of transportation, namely by the vehicle listed below, in furtherance of such violation of law, each instance constituting a separate Count of this Indictment.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B) and Title 18, United States Code, Section 2.

### COUNT 20

DEFENDANT        : **PEDRO GONZALEZ**

DATE             : June 24, 1999

LOCATION         : Neptune Diner / Super 8 Motel, Oneonta, NY

ALIEN(S)         : **PATRICIA BECCERA,**
                   **MARGARITA OSPINA**

16

VEHICLE            : 1990 Chevy Lumina, NY Reg:  W40-5WH

## COUNT 21

DEFENDANT          : **PEDRO GONZALEZ**

DATE               : July 15, 1999

LOCATION           : Fox Run Restaurant / Best Western, New Baltimore, NY

ALIEN(S)           : **SANDRA E. GALLON,
                     ANASTASIO C. GUZMAN**

VEHICLE            : 1990 Chevy Lumina, NY Reg:  W40-5WH

## COUNT 22

DEFENDANT          : **PEDRO GONZALEZ**

DATE               : August 11, 1999

LOCATION           : Fox Run Restaurant / Best Western, New Baltimore, NY

ALIEN(S)           : **HILDA MERCEDES CALLE-VERGARA,
                     OCTAVIO DeJESUS VILLA-CASTANO,
                     SANDY YURLEY RODRIGUEZ-CORTEZ,
                     LAUREANO HERNAN LASSO-GARCIA,
                     CESAR AUGUSTO GUZMAN-RAMIREZ,**

VEHICLE            : 1999 Montana (van) NY Reg:  U24-8XB

## COUNT 23

DEFENDANT          : **PEDRO GONZALEZ**

DATE               : August 16, 1999

LOCATION           : Fox Run Restaurant / Best Western, New Baltimore, NY

| ALIEN(S) | : **BLANCA ALICIA  PINTO-OSORIO** |
| | **ALFREDO ALBENIS GOMEZ-PINTO,** |
| | **EULER DeJESUS SOTO-GALLO,** |
| | **PATRICIA BECERRA-PINZON,** |
| | **MARGARITA HERRERA-OSPINA** |

VEHICLE     : Rental van.

## COUNT 24

DEFENDANT     : **PEDRO GONZALEZ**

DATE     : October 6, 1999

ALIENS     : **BLANCA ALICIA PINTO-OSORIO,** (issued I-551)
      **EULER DeJESUS SOTO-GALLO** (issued I-551)
           **a/k/a Fantasma**
      **CESAR AUGUSTO GUZMAN-RAMIREZ** (issued I-551)
      **OCTAVIO DeJESUS VILLA-CASTANO** (issued I-551)

VEHICLE     : 1992 Oldsmobile Regency, NY Reg.:  BT6-34K
      VIN: 1G3CX53LXN4330921

## COUNT 25

DEFENDANT     : **PEDRO GONZALEZ**

DATE     : October 8, 1999

LOCATION     : Fox Run Restaurant / Best Western, New Baltimore, NY

ALIEN(S)     : **INES CECILIA GUZMAN-RAMIREZ,**
      **JOSE ANTONIO ESPEJO-LARA,**
      **JUAN CARLOS ALVA-FLORES,**
      **GLORIA NELLY ESCOBAR-RIOS**

VEHICLE     : 1999 Mitsibishi Montero, NY Reg:  N76-0VL

## COUNT 26

DEFENDANT       : **PEDRO GONZALEZ**

DATE              : October 15, 1999

LOCATION        : Fox Run Restaurant / Best Western, Johnson City, NY

ALIEN(S)          : **ALFREDO ALBENIS GOMEZ-PINTO,**
                           **a/k/a Javier,**
                  **SANDRA GALLON-CARDONA**

VEHICLE         : 1995 Nissan Maxima, NY Reg: AT8-76Z; VIN:JN1CA21D3ST631059

## COUNT 27

DEFENDANT       : **PEDRO GONZALEZ**

DATE              : October 27, 1999

LOCATION        : Christie's Grille / Best Western, Johnson City, NY

ALIEN(S)          : **LUIS NORBERTO GOMEZ-RAMIREZ,**
                  **ROBERTO GOMEZ-PIEDRAHITA**
                  **NAYID E. SOTO-GALLO**

VEHICLE         : Rental vehicle.

## COUNT 28

DEFENDANT       : **PEDRO GONZALEZ**

DATE              : December 14, 1999

LOCATION        : Ruby Tuesday's / Best Western, Johnson City, NY

ALIEN(S)          : **SERGIO A. GALLEJO-VASQUEZ,**
                  **WILFRIDO WALTER VALENCIA-VELEZ**

VEHICLE         : 1998 Honda Accord, NY Reg: X10-7VR

## COUNT 29

DEFENDANT : **PEDRO GONZALEZ**

DATE : February 25, 2000

LOCATION : Sharon's Place Restaurant / Best Western, New Baltimore, NY

ALIEN(S) : **ASCENSION GOMEZ-AMAYA,**
**JOHN JAIRO CEBALLOS-MEJA,**
**MIGUEL PABLO MILLAN-CASTILLO**
**PABLO DEAN-VILLA,**
**GLORIA NELLY ESCOBAR-RIOS**

VEHICLE : 2000 Dodge Suburban, NY Reg: CR8-29X (rental vehicle)


## COUNT 30

DEFENDANT : **PEDRO GONZALEZ**

DATE : March 22, 2000

LOCATION : Fox Run Restaurant / Best Western, New Baltimore, NY

ALIEN(S) : **BEATRIZ RIAL-IGLESIAS,**
**LUIS SAMPEDRO-MARTINEZ,**
**DIANA MARIA LIJO-GARCIA,**
**MEE JIN KIM,**
**JUAN RODRIGUEZ-FERNANDEZ,**
**JOSE SANDE GONZALEZ,**

VEHICLE : 2000 Dodge Van, NY Reg: CS5-58H (rental vehicle)

## COUNT 31

| | |
|---|---|
| DEFENDANT | : **PEDRO GONZALEZ** |
| DATE | : April 7, 2000 |
| LOCATION | : Sharon's Place Restaurant / Best Western, New Baltimore, NY |
| ALIEN(S) | : **WILFRIDO WALTER VALENCIA-VELEZ, JUAN C. ALVA-FLORES** |
| VEHICLE | : 1995 Tan Buick, NY Reg: DN5-35N; VIN: 1G4AG55M9S6469513 |


## COUNT 32

| | |
|---|---|
| DEFENDANT | : **PEDRO GONZALEZ** |
| DATE | : May 19, 2000 |
| LOCATION | : Fox Run Restaurant / Best Western, New Baltimore, NY |
| ALIEN(S) | : **AIDA AZUCENA NINO-TELLEZ,** (processed), **IVANIA MARIA COUTO** (processed), **ARACELIS MUNOZ-SALDANA,** (processed), **LUIS FERNANDO-YEPES-QUINTERO** (processed) **a/k/a Joaquin Emilio Munoz-Munoz OSCAR MAURICIO RAMIREZ-JARAMILLO** (processed) **a/k/a Daniel Alberto Gonzalez-Sierra** |
| VEHICLE | : 1990 Dodge Van, NY Reg: AJ6-90S |


## RE-ENTRY OF A PREVIOUSLY DEPORTED ALIEN

## COUNT 33

THE GRAND JURY FURTHER CHARGES:

That on or about May 19, 2000, in the State and Northern District of New York, **LUIS**

**FERNANDO YEPES-QUINTERO, a/k/a Joaquin Emilio Munoz-Munoz,** the defendant

herein, an alien who had previously been arrested and deported on or about July 10, 1990,

knowingly and unlawfully was found in the United States, the said defendant having not obtained

the consent of the Attorney General of the United States for reapplication by the defendant for

admission into the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).


## COUNT 34

THE GRAND JURY FURTHER CHARGES:

That on or about May 19, 2000, in the State and Northern District of New York, **LUIS**

**OSCAR MAURICIO RAMIREZ-JARAMILLO, a/k/a Daniel Gonzalez-Sierra,** the

defendant herein, an alien who had previously been arrested and deported on or about   1997,

knowingly and unlawfully was found in the United States, the said defendant having not obtained

the consent of the Attorney General of the United States for reapplication by the defendant for

admission into the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).


## FORFEITURE ALLEGATIONS

In committing the violations of Title 21, United States Code, as alleged above, and in

committing the violations of subsection (a) of Title 8, United States Code, Section  1324, as

alleged above, the following conveyances were used on the following dates to commit, or to

facilitate the commission of said violations, and are therefore subject to seizure and forfeiture:

| Date Used | Vehicle & License Plate | Violation |
|-----------|------------------------|-----------|
| 10/15/99 | 1995 Nissan Maxima<br>  NY Reg: AT8-76Z<br>  VIN: JN1CA21D3ST631059 | 8 USC § 1324(a) |
| 04/07/00 | 1995 Buick Century<br>  NY Reg: DN5-35N<br>  VIN: 1G4AG55M9S6469513 | " |

In violation of Title 21, United States Code, Section 853(a) and Title 8, United States

Code, Section 1324(b).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

DANIEL J. FRENCH
UNITED STATES ATTORNEY
Northern District of New York

BY: _____

RICHARD S. HARTUNIAN
ASSISTANT U.S. ATTORNEY
Bar Roll No.: 301383